UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:19-7236 PA (ADS)                              Date: November 18, 2019

Title: *Samantha Carter v. City of Hermosa Beach, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**  **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On August 20, 2019, plaintiff Samantha Carter ("Plaintiff") filed a Complaint alleging civil rights violations against the City of Hermosa Beach, Hermosa Beach Police Department, Officer Dove, and Officer Zuber (collectively, "Defendants"). [Dkt. No. 1]. Defendants filed a Motion to Dismiss Civil Rights Complaint, Or in the Alternative, for a More Definite Statement ("Motion to Dismiss"). [Dkt. No. 7]. The Court held a hearing on October 9, 2019, at which Plaintiff and defense counsel appeared and presented oral arguments. [Dkt. No. 15]. On October 10, 2019, the Court granted the Motion to Dismiss and dismissed the Complaint with leave to amend. [Dkt. No. 16]. Plaintiff was given leave to amend her Complaint by no later than November 9, 2019 and given the option to proceed with the complaint in its current form. [Dkt. No. 10]. As of the date of this order, the Court has not received a First Amended Complaint or any response to the Order Granting Defendants' Motion to Dismiss with Leave to Amend from Plaintiff.

Plaintiff is hereby **ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute**. Plaintiff must file a written response by no later than **December 9, 2019**. Plaintiff may respond to this Order to Show Cause by (a) filing a First Amended Complaint; or (b) filing a statement with the Court indicating the desire to continue to move forward with the Complaint despite the weaknesses

noted by the Court in the Order Granting Defendants' Motion to Dismiss with Leave to Amend.

**Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause may result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

Initials of Clerk kh