JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA CARTER, | Case No. 2:19-07236 PA (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| CITY OF HERMOSA BEACH, et al., | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED:  January 3, 2020

_____
PERCY ANDERSON
United States District Judge